UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| ROBERT EUGENE KLOENNE<br>SSN: xxx-xx-2673 | CASE NUMBER:   05-34189<br>CHAPTER 13 |
| BETTY MAXINE KLOENNE<br>SSN: xxx-xx-7052<br>Debtors | |

### NOTICE TO WSOT TV 57 THAT $4.33 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to WSOT TV 57, creditor herein, and deposits $4.33 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for WSOT TV was:

   2172 Chapel Pike
   Marion, IN 46952

2. That the creditor did not cash the Trustee's disbursement check number 688947 dated March 1, 2011, in the amount of $4.32, and it has been voided.

3. That the creditor did not cash the Trustee's disbursement check number 691002 dated April 1, 2011, in the amount of $0.01, and it has been voided.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   September 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on September 20, 2011

By U.S. Mail postage prepaid

Debtors: Robert and Betty Kloenne, 15 E. Northern Avenue, Logansport, IN 46947
Creditor: WSOT TV 57, 2172 Chapel Pike, Marion, IN 46952

By electronic mail via CM/ECF:
Debtors' Attorney: Brad A. Woolley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King